Acknowledged.

This action is hereby dismissed with prejudice.

Date: __8/6/2018__

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PHYSICIANS PRIMARY CARE, PLLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:17-cv-00105-SEB-TAB |
| ) | |
| vs. ) | |
| ) | |
| PREMIER MEDICAL, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Physicians Primary Care, PLLC, by counsel, and Defendants, Premier Medical, Inc. and Vessel Medical, Inc., by counsel, have fully and completely resolved the claims in this action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby submit this Stipulation of Dismissal With Prejudice.

This action is hereby DISMISSED, with prejudice, with the parties to bear their own costs.

HAVE SEEN AND AGREE:

/s/ Michael W. McClain _____
Attorney No. 22464-49
McClain DeWees, PLLC
6008 Brownsboro Park Blvd., Suite H
Louisville, KY 40207
Tel: (502) 749-2388
Email: mmcclain@mcclaindewees.com
*Counsel for Plaintiff*

/s/ Douglas T. Logsdon _____
Douglas T. Logsdon
Brandon K. Johnson
McBrayer, McGinnis, Leslie & Kirkland, PLLC
201 East Main Street, Suite 900
Lexington, Kentucky 40507
Tel: (859) 231-8780
Email: bjohnson@mmlk.com
*Counsel for Defendants*